STATE, Plaintiff in error, vs. WILKINSON and others, Defendants in error.

*April 3—April 28, 1936.*

For the plaintiff in error there was a brief by the *Attorney General, J. E. Messerschmidt,* assistant attorney general, *William A. Zabel,* district attorney of Milwaukee county, *Herman A. Mosher,* deputy district attorney, and *Francis A. Darnieder,* special assistant district attorney, and oral argument by *Mr. Darnieder* and *Mr. Mosher.*

For the defendants in error there was a brief by *Sullivan & Sullivan,* attorneys for John J. Wilkinson; *Albert M. Kelly,* attorney for Frank A. Marz, Edwin F. Flintrop, and Leo Napientek; *George A. Hanley,* attorney for Andrew Wesolowski; *Cyrus D. Shabaz,* attorney for Charles H. Hathaway; *Paul E. Bornemann,* attorney for James Godsell; and *Lyman G. Wheeler,* attorney for Samuel J. Brew, and oral argument by *Mr. Eugene J. Sullivan, Mr. Kelly,*

*Mr. Hanley, Mr. Shabaz, Mr. Wheeler,* all of Milwaukee, and *Mr. Willis E. Donley* of Menomonie.

PER CURIAM. This case was argued and submitted with the case of *State v. Kitzerow, ante,* p. 436, 267 N. W. 71. and is ruled by the decision in that case.

The order of the circuit court is affirmed.